FILED by RB D.C.
ELECTRONIC
Oct. 18, 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CASE NO: _____

BANCREDITO (PANAMA), S.A.,
(IN COMPULSORY LIQUIDATION)
A Panamanian corporation,
    Plaintiff,

**07-22761-CV-COOKE/BROWN**

v.

WACHOVIA FINANCIAL SERVICES, INC.
D/B/A WACHOVIA BANK, N.A., a North
Carolina corporation
    Defendant.
_____/

## NOTICE OF FILING

PLEASE TAKE NOTICE that Defendant, WACHOVIA BANK, N.A. erroneously identified as WACHOVIA FINANCIAL SERVICES, INC., has filed a Notice of Removal of this action in the United States District Court for the Southern District of Florida. The Notice of Removal is being filed simultaneously with the filing of this Notice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was furnished by U.S. Mail on the 18th day of October, 2007 to: Raul J. Valdes-Fauli, Esq., Fowler Rodriquez, South Tower, Suite 580, 808 Douglas Road, Coral Gables, FL 33134.

RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A.
Attorneys for Wachovia Bank, N.A.
222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
Telephone: (561) 838-4500
Facsimile: (561) 514-3447

By: _____
Amy S. Rubin
Florida Bar Number 476048

WPB:336604:1

Ruden, McClosky, Smith, Schuster & Russell, P.A.
1