UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-22761-CIV-COOKE/BROWN

BANCREDITO (PANAMA), S.A.,
(IN COMPULSORY LIQUIDATION)
a Panamanian corporation,

      Plaintiff,

vs.

WACHOVIA FINANCIAL SERVICES, INC.,
d/b/a WACHOVIA BANK, N.A., a North
Carolina corporation,

      Defendant.
_____/

## RULE 7.1 DISCLOSURE STATEMENT

Plaintiff, BANCREDITO (PANAMA), S.A. (IN COMPULSORY LIQUIDATION), ("Plaintiff"), by undersigned counsel, respectfully submits this disclosure statement pursuant to Fed. R. Civ. P. 7.1(a) and states as follows:

1. Any non-governmental corporate party or other legal entity to a proceeding before this Court must file a statement identifying all its parent entities and listing any publicly held entity that owns 10% or more the party's stock.

2. Plaintiff hereby certifies that GFN CORPORATION (PANAMA), S.A., is its parent corporation and owns 100% of Plaintiff's stock.

3. Plaintiff hereby certifies that it does not have any publicly held corporation that owns 10% or more of Plaintiff's stock.

WHEREFORE, BANCREDITO (PANAMA), S.A. (IN COMPULSORY LIQUIDATION) hereby submits this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1(a).

Respectfully submitted,

Fowler Rodriguez
*Attorneys for Plaintiff*
355 Alhambra Circle
Suite #801
Coral Gables, Florida 33134
Tel.: (786) 364-8400
Fax: (786) 364-8401

By:     ___s/Maria Isabel Hoelle_____
Maria Isabel Hoelle
Florida Bar No. 381871
Email: MHoelle@frc-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 13, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I additionally certify that the foregoing document was sent via CM/ECF to Amy S. Rubin, Esq., RUDEN, MCCLOSKY, SMITH SHUSTER & RUSSELL, P.A., 222 Lakeview Avenue, Suite 800, West Palm Beach, Florida 33401, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

By:     ___s/Maria Isabel Hoelle_____
Maria Isabel Hoelle