UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-22761-CIV-COOKE/BROWN

BANCREDITO (PANAMA), S.A.,
(IN COMPULSORY LIQUIDATION)
a Panamanian corporation,

       Plaintiff,

vs.

WACHOVIA FINANCIAL SERVICES, INC. a/k/a
WACHOVIA BANK, N.A., a North
Carolina corporation,

       Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, BANCREDITO (PANAMA), S.A. (IN COMPULSORY LIQUIDATION), ("Bancredito" or "Plaintiff"), by and through undersigned counsel, and pursuant to Rule 16(F)(2) of the Federal Rules of Civil Procedure of the United States for Southern District of Florida, hereby file this Notice of Settlement, to advise the Court that the parties have amicably reached a settlement in this matter.

A Stipulation and Order of Dismissal of this matter shall be submitted to the Court forthwith.

Respectfully Submitted,

FOWLER RODRIGUEZ VALDES-FAULI
*Attorneys for Plaintiff*
355 Alhambra Circle, Suite #801
Coral Gables, Florida 33134
Tel.: (786) 364-8400
Fax: (786) 364-8401

By:      ___s/Maria Isabel Hoelle_____
                    Maria Isabel Hoelle
                    *Florida Bar #381871*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **August 25, 2008**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I additionally certify that the foregoing document was sent via U.S. Mail to all counsel of record on the attached service list either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

                    ___s/Maria Isabel Hoelle_____

## SERVICE LIST

Victor R. Berwin, Esquire
Amy S. Rubin, Esquire
RUDEN, MCCLOSKY, SMITH
SHUSTER & RUSSELL, P.A.
222 Lakeview Avenue, Suite 800
West Palm Beach, Florida 33401